USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/30/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY STROUD,

        Plaintiff,

v.

HSBC BANK USA, N.A., and ARIOLA TURDIU,

        Defendants.

No. 18-CV-11113 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the 40-day extension granted to complete fact discovery, *see* Dkt. 34, the post-discovery conference scheduled for January 10, 2020 is adjourned until February 7, 2020 at 2:15 p.m. The parties' joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action, is due no later than January 31, 2020.

SO ORDERED.

Dated:    December 30, 2019
               New York, New York

Ronnie Abrams
United States District Judge