UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RODNEY STROUD,

                        Plaintiffs,

-v.-

HSBC BANK USA, N.A., et al.,

                        Defendants.
-----------------------------------------------------------X

ORDER
18 Civ. 11113 (RA) (GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/20

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      A telephone conference to discuss the letter dated January 25, 2020 (Docket # 38), will take place <u>Monday, February 10, 2020, at 4:00 p.m.</u> Counsel for plaintiff shall arrange for this call with all relevant parties and shall call Chambers at (212) 805-4260 at that time with all parties on the line.[1] All counsel who intend to speak during the call must use a landline or phone with equivalent quality. Also, when addressing the Court, counsel must <u>not</u> use a speakerphone. It is the Court's intention to decide the dispute based on the parties' letters unless a party shows good cause in advance of the conference why formal briefing should be required.

      Upon receipt of this order each attorney is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. The parties should follow paragraph 1. F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein) for any request for an adjournment.

      Finally, plaintiff has leave to file a brief reply to defendant's opposition (Docket # 39) on or before February 6, 2020,

SO ORDERED.

Dated: January 30, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

---

[1] If the call is arranged through a commercial conference service, counsel arranging the call may telephone chambers at the time of the conference and inform chambers of the telephone number and access code that Chambers should use to dial into the call. Only a toll-free service should be used.