```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RODNEY STROUD,                              :

                Plaintiff,                   :      ORDER

        -v.-                                 :
                                                    18 Civ. 11113 (RA) (GWG)
HSBC BANK USA, N.A., et al.,                 :

                Defendants.                  :
-------------------------------------------------------------X
```
**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The settlement conference scheduled for Thursday March 19, 2020, at 2:30 p.m. is changed to a <u>telephone</u> conference. The parties are directed to arrange for a conference call (preferably toll free) that all parties and the Court may dial into. The parties shall provide the dial-in number to the court by means of an email sent to gorensteinsettlement@nysd.uscourts.gov in advance of the conference.

SO ORDERED.

Dated: March 16, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge